# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

FLORIA B. JACKSON                                          PLAINTIFF

v.                         No. 3:17-cv-342-DPM

HINO MOTORS MANUFACTURING
COMPANY USA, INC.                                          DEFENDANT

## ORDER

Preliminary Rule 26(f) report, № 13, and motion for scheduling conference, № 12, noted. The Court has been trying to figure out whether this case will stay here or be remanded based on the proposed diversity-destroying amendment. The Court looks forward to Hino's timely response to № 9 so that the Court can rule on the deep issue. The scheduling issues must hang fire.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2018